JUDGE RONALD LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5381RBL |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| vs. | ) ) | |
| MONTORY CALDWELL, | ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to August 5, 2005.

DONE this 8th day of August, 2005.

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Jerome Kuh                    /s/ David Jennings

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE
CR05-5381RBL                              1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

| | |
|---|---|
| Jerome Kuh<br>Attorney for Defendant | David Jennings<br>Assistant U.S. Attorney |

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE
CR05-5381RBL                                       2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**