Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MONTORY CALDWELL,　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant.　　　　　)<br>_____) | NO.   CR05-5381RBL<br><br>ORDER<br>EXTENDING RESPONSE<br>DATE FOR GOVERNMENT'S<br>RESPONSE TO DEFENDANT'S<br>MOTIONS TO SUPPRESS |

## ORDER

The Court having reviewed the records and files herein and considered the motion of the government, enters the following order:

IT IS HEREBY ORDERED that the government's response to defendant's motions to suppress shall be due no later than August 24, 2005.

DONE this 9th day of August, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

GOVERNMENT'S MOTION TO EXTEND RESPONSE DATE
CALDWELL (CR05-5381RBL)

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800