JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5381RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| MONTORY CALDWELL, | ) | |
| Defendant. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

///

///

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1
*U.S. v. Montory Caldwell;* CR05-5384RBL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1     IT IS HEREBY ORDERED that the trial date is continued from August 30, 2005

2 to September 19, 2005, at 9:30 am.

3     DONE this 10th day of August, 2005.

4

5                               RONALD B. LEIGHTON

6                               UNITED STATES DISTRICT JUDGE

7 Presented By:

8

9

10 /s/ *Jerome Kuh*                             /s/ *David Jennings*

11 Jerome Kuh                                     David Jennings
   Attorney for Defendant                 Assistant United States Attorney

12

ORDER GRANTING STIPULATED MOTION                             **FEDERAL PUBLIC DEFENDER**
TO CONTINUE TRIAL DATE            2                                 **1331 Broadway, Ste. 400**
*U.S. v. Montory Caldwell;* CR05-5384RBL                  **Tacoma, Washington  98402**
                                                                            **(253) 593-6710**