JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5381RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| MONTORY CALDWELL, | ) | |
| Defendant. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

The period of delay resulting from this continuance from **September 19 2005 to December 5, 2005** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE           1
*U.S. v. Montory Caldwell;* CR05-5384RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

1   IT IS HEREBY ORDERED that the trial date is continued from September 19,

2   2005 to **December 5, 2005, at 9:30 am.**  The Pretrial Conference is set for **November**

3   **29, 2005 at 9:00 a.m.**  Motions cutoff is continued to **October 17, 2005**

4

5   DONE this 13th day of September, 2005.

6   /s/ Ronald B. Leighton

7   Ronald B. Leighton
    United States District Judge

8   Presented By:

9

10

11

12  /s/ *Jerome Kuh*                       /s/ *David Jennings*
    Jerome Kuh                             David Jennings
13  Attorney for Defendant                 Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION                    **FEDERAL PUBLIC DEFENDER**
TO CONTINUE TRIAL DATE                    2         **1331 Broadway, Ste. 400**
*U.S. v. Montory Caldwell;* CR05-5384RBL            **Tacoma, Washington  98402**
                                                    **(253) 593-6710**