Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MONTORY CATRELL CALDWELL, <br> Defendant. | NO. CR05-5381RBL <br><br> ORDER COMPELLING DEFENDANT TO ALLOW GOVERNMENT TO PHOTOGRAPH HIM <br><br> NOTED: November 24, 2005 |

THIS MATTER having come before the Court upon the Government's motion to compel Defendant to allow photographs of his physical appearance to be taken, and the Court having considered that motion and the responses of the defendant, if any, thereto;

IT IS HEREBY ORDERED that defendant MONTORY CATRELL CALDWELL shall be made available to the Government forthwith, to be photographed in connection with the Government's investigation and prosecution of this case. The photographs will included (but not be limited to) the following:

Face   (head and shoulder and frame)

1. Frontal
2. Left profile
3. Right profile
4. 3/4 profile to the right
5. 3/4 profile to the left

ORDER COMPELLING PHOTOGRAPHS/CALDWELL
CR05-5381RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1. Hands (both hands)
    1. Front
    2. Top
    3. Bottom
    4. Left profile
    5. Right profile

DONE this 16th day of December, 2005.

                        Respectfully submitted,

                        /s/ Ronald B. Leighton
                        RONALD B. LEIGHTON
                        UNITED STATES DISTRICT JUDGE

Presented by:

s/David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

ORDER COMPELLING PHOTOGRAPHS/CALDWELL
CR05-5381RBL - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800