

05-CR-05381-ORD

FILED _____ LODGED
_____ RECEIVED

FEB 2 3 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Judge Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, Plaintiff, | No. CR05-5381RBL |
|---|---|
| Vs. | ORDER GRANTING CONTINUANCE OF TRIAL DATE |
| Montory Catrell Caldwell, Defendant. | (~~Proposed~~) |

A Motion to Continue the Trial has been filed by the defendant. The affidavit advises that AUSA David Jennings has no objection to the continuance and that a waiver of speedy trial is forthcoming. The Court has reviewed the pleadings and for the reasons stated, the Motion to Continue the Trial Date is **GRANTED**.

In view of the foregoing, the court finds and rules as follows:

The Law Offices of
Thomas A. Campbell, PLLC
201 Auburn Way North, Suite D
Auburn, Washington 98002

1. Failure to grand a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. 3161 (h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. (h)(8)(A). The period of delay resulting from this continuance from __March 6__, 2006 to __May 15__, 2006 is excluded for speedy trial computation purposes under 18 U.S.C. 3161 (h)(8)(A) and (B) as this is a reasonable period of delay.

ACCORDINGLY:

The Jury Trial is **CONTINUED** to __May 15__, 2006 at __9:00 a.m.__.

The Pretrial Conference is rescheduled for __May 9__, 2006 at __9:00 a.m.__.

The Motions Cutoff date is extended to __March 27__, 2006.

It is so ordered this __23__ day of __February__, 2006.

_____
JUDGE LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

_____
Thomas A. Campbell
Attorney for Defendant

The Law Offices of
**Thomas A. Campbell, PLLC**
201 Auburn Way North, Suite D
Auburn, Washington 98002